**United States Bankruptcy Court**
**District of Oregon**

| IN RE: | Case No. _____ |
|---|---|
| **Dubats, David E & Dubats, Steffani B** | Chapter **7** |
| Debtor(s) | |

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 185,000.00 | | |
| B - Personal Property | Yes | 3 | $ 27,210.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 218,354.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 122,293.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 13,947.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 17,122.00 |
| TOTAL | | 17 | $ 212,210.00 | $ 340,647.00 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Oregon**

**IN RE:**                                                                                                                   Case No. _____

**Dubats, David E & Dubats, Steffani B**                                 Chapter **7**
                                                              Debtor(s)

**AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)**

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 5,328.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 5,328.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | $ 13,947.00 |
| Average Expenses (from Schedule J, Line 18) | $ 17,122.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 5,544.67 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 13,004.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 122,293.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 135,297.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dubats, David E & Dubats, Steffani B** _____   Case No. _____
                         Debtor(s)                                                (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Daughter**<br>**Son** | AGE(S):<br>**10**<br>**12**<br>**1**<br>**7** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)    DEBTOR       SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)   $ _____   $ _____
2. Estimated monthly overtime                                                            $ _____   $ _____
**3. SUBTOTAL**                                                                          $ **0.00**      $ **0.00**
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security                                                  $ _____   $ _____
   b. Insurance                                                                          $ _____   $ _____
   c. Union dues                                                                         $ _____   $ _____
   d. Other (specify) _____                                     $ _____   $ _____
                     _____                                     $ _____   $ _____
**5. SUBTOTAL OF PAYROLL DEDUCTIONS**                                                    $ **0.00**      $ **0.00**
**6. TOTAL NET MONTHLY TAKE HOME PAY**                                                   $ **0.00**      $ **0.00**

7. Regular income from operation of business or profession or farm (attach detailed statement) $ **11,538.00** $ _____
8. Income from real property                                                             $ _____   $ _____
9. Interest and dividends                                                                $ _____   $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above   $ _____   $ **650.00**
11. Social Security or other government assistance
    (Specify) **SSI Disability** _____                                  $ **1,759.00**  $ _____
                                 _____                                  $ _____   $ _____
12. Pension or retirement income                                                         $ _____   $ _____
13. Other monthly income
    (Specify) _____                                            $ _____   $ _____
              _____                                            $ _____   $ _____
              _____                                            $ _____   $ _____

**14. SUBTOTAL OF LINES 7 THROUGH 13**                                                   $ **13,297.00** $ **650.00**
**15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)                     $ **13,297.00** $ **650.00**

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ **13,947.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dubats, David E & Dubats, Steffani B** _____    Case No. _____
                              Debtor(s)                                                                      (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 10, 2009** _____    Signature: _**/s/ David E Dubats**_____
                                                   **David E Dubats**                                          Debtor

Date: **November 10, 2009** _____    Signature: _**/s/ Steffani B Dubats**_____
                                                   **Steffani B Dubats**                                  (Joint Debtor, if any)
                                                                                          [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Oregon**

**IN RE:**                                                                    Case No. _____

**Dubats, David E & Dubats, Steffani B**                                      Chapter **7**
                        Debtor(s)

### AMENDED BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

  1. Gross Income For 12 Months Prior to Filing:                                $ **103,838.00**

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

  2. Gross Monthly Income:                                                       $ **11,538.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

  3. Net Employee Payroll (Other Than Debtor)                                    $ _____
  4. Payroll Taxes                                                               $ _____
  5. Unemployment Taxes                                                          $ _____
  6. Worker's Compensation                                                       $ _____
  7. Other Taxes                                                                 $ _____
  8. Inventory Purchases (Including raw materials)                               $ _____
  9. Purchase of Feed/Fertilizer/Seed/Spray                                      $ _____
10. Rent (Other than debtor's principal residence)                               $ _____
11. Utilities                                                                    $ _____
12. Office Expenses and Supplies                                                 $ _____
13. Repairs and Maintenance                                                      $ _____
14. Vehicle Expenses                                                             $ _____
15. Travel and Entertainment                                                     $ _____
16. Equipment Rental and Leases                                                  $ _____
17. Legal/Accounting/Other Professional Fees                                     $ _____
18. Insurance                                                                    $ _____
19. Employee Benefits (e.g., pension, medical, etc.)                             $ _____
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
     Business Debts (Specify):                                                 $ _____

21. Other (Specify):                                                             $ **12,709.00**
     **See Continuation Sheet**

22. Total Monthly Expenses (Add items 3-21)                                      $ **12,709.00**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)                $ **-1,171.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dubats, David E & Dubats, Steffani B** _____  Case No. _____

Debtor(s)

## AMENDED BUSINESS INCOME AND EXPENSES
### Continuation Sheet - Page 1 of 1

Other:
**Business: Cost Of Goods**            **4,554.00**
    **Sales Consultant**            **222.00**
    **Freight**            **1,000.00**
    **Advertising**            **2,148.00**
    **Auto Expense**            **117.00**
    **Bank Charges**            **218.00**
    **Licenses& Fees**            **218.00**
    **Computer/Internet**            **186.00**
    **Lodging**            **406.00**
    **Depreciation**            **217.00**
    **Conferences**            **1,192.00**
    **Insurance**            **487.00**
    **Interest**            **4.00**
    **Postage/Delivery**            **25.00**
    **Parking**            **13.00**
    **Meals**            **104.00**
    **Storage**            **87.00**
    **Office Supplies**            **156.00**
    **Finace Charges**            **151.00**
    **Travel**            **218.00**
    **Dues/Subscriptions**            **2.00**
    **Legal/Pro Fees**            **541.00**
    **Telephone**            **443.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only