OFT (8/8/08)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 8, 2010

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**David E Dubats**
**Steffani B Dubats**

*Other names used by joint debtor:* Steffani Bjelke
Debtor(s)

) Case No. **09−65369−aer7**
)
)
) ORDER AND NOTICE OF
) TIME TO FILE CLAIMS
)
)

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1.  *DEADLINE* **to File a Proof of Claim: (NOTE:** *Use form ENCLOSED with this Notice!!)* **4/12/10** for all creditors, except governmental units who must file by the later of either **4/12/10** or within 180 days after date relief ordered. Your claim must be *received* by the bankruptcy clerk's office by this deadline!

2.  Your claim form must be served on the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401 for filing.

3.  Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**NOTES: (a) DO NOT FILE A CLAIM IF THE SAME ONE HAS ALREADY BEEN FILED IN THIS CASE!** **(b)** A claim may be filed after the stated deadline, but unless it is a priority claim it probably will be treated as late and therefore paid after timely claims (also see LBR 3001−1). **(c) THIS MAY BE YOUR ONLY NOTICE TO FILE A CLAIM!**

**********************************************************

**FILE CLAIM FORM ON NEXT PAGE WITH:**

Clerk, U.S. Bankruptcy Court
405 E 8th Ave #2600
Eugene, OR 97401

**********************************************************

* * * **SEE NEXT PAGE** * * *